FIRST NATIONAL BANK OF HEMPSTEAD et al., Appellants,
*v.* LEVEL CLUB, INC., et al., Respondents.

Argued November 29, 1939; decided December 28, 1939.

578

*Charles H. Tuttle, R. Randolph Hicks, F. Morse Hubbard, Lloyd F. Thanhouser* and *Arthur L. Evans* for appellants.

*Nathan L. Miller, Clarence J. Shearn* and *Philip J. Dunn* for Peter Schmuck, respondent.

*Charles L. Woody* and *Alexander R. Kellegrew* for Irving Trust Company, respondent.

*Martin Lippman, Milton Winn, Emanuel Dannett, Leon Lauterstein, Henry M. Flateau, John Bogart, I. Gainsburg, Alexander Natanson, Archibald Palmer, Seymour B. Liebman* and *Morris Junger* for Carl W. Stern et al., respondents.

*Murray Sanders* for Alexander Rosenbaum, respondent.

*Joseph P. Segal* for Albert R. Sasserath, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.